IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


**SARAH RODGER**                                                                                    PLAINTIFF


Vs.                                    3:14-CV-00118- BRW


**DOYLE CRAWFORD,** *et al.*

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing plaintiff's complaint without prejudice.

IT IS SO ORDERED this 9th day of July, 2014.



/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE